# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS DAVENPORT,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION FOR GUARANTEED REMIC PASS-THROUGH CERTIFICATES FANNIE MAE REMIC TRUST,

    Defendant.

Case No. 2:11-CV-01835-KJD-RJJ

**ORDER**

    Before the Court is Defendant Federal National Mortgage Association's Motion to Dismiss (#6). No opposition has been filed.

    Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." Plaintiff's opposition was due December 9, 2011. The Court has examined the Motion to Dismiss and finds that it has merit because, *inter alia*, Plaintiff has filed three previous lawsuits relating to the same property, same loan, and same deed of trust. Each of these suits has been dismissed.

    Accordingly, **IT IS HEREBY ORDERED** the Motion to Dismiss (#6) is **GRANTED**.

DATED this 13th day of December 2011.

_____
Kent J. Dawson
United States District Judge