WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DAVENPORT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION for GUARANTEED REMIC PASS-THROUGH CERTIFICATES FANNIE MAE REMIC TRUST 2005-2; AND DOES I individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive.<br><br>Defendants. | Case No.: 2:11-cv-01835-KJD-RJJ<br><br>[PROPOSED] ORDER TO EXPUNGE LIS PENDENS |

In accordance with the Order entered on December 13, 2011 dismissing the Complaint [Dkt. 10], Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION for GUARANTEED REMIC PASS-THROUGH CERTIFICATES FANNIE MAE REMIC TRUST 2005-2 and pursuant to the pending Motion to Expunge Lis Pendens [Dkt. 9], Defendant is entitled to an Order from the Court expunging the lis pendens filed against the property which is the subject of this action.

1    The Court finds that Plaintiffs recorded a Notice of Lis Pendens Affecting Real Property
2 ("Lis Pendens") on or about October 25. 2011, as Instrument Number 201110250002783 in real
3 property located at 5016 North Cimarron Road, Las Vegas, Nevada 89149, Parcel No. 125-33-
4 306-006 with the legal description of:

6    LOT THREE 93) OF THAT CERTAIN PARCEL MAP IN FILE 22, PAGE 4, IN
     THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA
7    RECORDED OCTOBER 12 1978 IN BOOK 956 OF OFFICIAL RECORDS AS
     DOCUMENT NO. 915140.

9    Upon consideration of Defendant's Motion to Expunge the above-referenced Lis Pendens
10 [Dkt. 9], and good cause appearing therefore, the Court hereby grants Defendant its requested
11 relief and rules as follows:
12    **IT IS ORDERED, ADJUDGED AND DECREED** that the above-referenced Lis
13 Pendens is hereby expunged and shall hereafter have no further force or effect.
14    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order
15 canceling the above referenced Lis Pendens has the same effect as an expungement of the
16 original Lis Pendens.
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant is
2    authorized to record a certified copy of this Order Expunging Lis Pendens in the real property
3    records of Clark County, Nevada within a reasonable amount of time from the date of this
4    Order's issue.
5        IT IS SO ORDERED.
6        Dated this 19th day of December, 2011.

                                           UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

WRIGHT, FINLAY & ZAK, LLP

Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Federal National Mortgage Association*